FILED

07/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0056

| | |
|---|---|
| DAGMARA MACH, on behalf of herself and all others similarly situated,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>MONTANA HEALTH COOPERATIVE d/b/a MONTANA HEALTH CO-OP, and JOHN DOES 1-5,<br><br>Defendant/Appellant. | **GRANT OF EXTENSION** |

Appellant, Defendant, Montana Health Cooperative has requested an extension of time to file its Opening Brief in this matter. There being no objection from Appellee, and for good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension of time up to and including September 2, 2020, within which to prepare, file, and serve its Opening Brief in this matter.

3011831

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2020